FILED
CLERK, U.S. DISTRICT COURT

FEB 14 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br>　　v.<br>John Rodriguez-Villalobos<br>　　　　　　Defendant. | Case No.: EDCR 09-91-RHW<br><br>ORDER OF DETENTION<br>(FED.R. CRIM. P.32.1(a)(6); 18<br>U.S.C. § 3143(a)) |

　　The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the **Central** District of **California** for alleged violation(s) of the terms and conditions of probation or supervised release; and

　　Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), the Court finds that:

A.　(✓)　The defendant has not met his/her burden of establishing by clear and
　　　　　convincing evidence that he/she is not likely to flee if released under
　　　　　18 U.S.C. § 3142(b) or (c). This finding is based on the following:
　　　　　• Unknown background or community ties
　　　　　• Unknown available bail resources
　　　　　• Immigration status undocumented
　　　　　• Associated with multiple personal identifiers

1  and/or

2  B.    ( )    The defendant has not met his/her burden of establishing by clear and
3          convincing evidence that he/she is not likely to pose a danger to the
4          safety of any other person or the community if released under 18
5          U.S.C. § 3142(b) or (c).  This finding is based on the following:

6  _____
7  _____
8  _____
9  _____

12 IT THEREFORE IS ORDERED that the defendant be detained pending the further
13 revocation proceedings.

15 Dated: 2/14/12

HONORABLE DAVID T. BRISTOW
United States Magistrate Judge

2